# DECISIONS IN CASES NOT REPORTED.

## Third Department, March, 1889.

William H. Hollister, Respondent, v. The Central National Bank of Troy, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Alonzo P. Adams, Appellant, v. The Empire Laundry Machinery Company, Respondent. — Judgment affirmed, with costs. Opinion by Ingalls, J.

Henry H. Du Bois, Respondent, v. William M. Decker, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls, J.

John W. Van Valkenburgh, Respondent, v. The Thomasville, Tallahassee and Gulf Railroad Company, Appellant. — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Landon, J.

Helen Ball, Respondent, v. Adirondack Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls, J.

Mary R. Stoddard, Respondent, v. The Village of Saratoga Springs, Appellant. - Judgment affirmed, with costs. Opinion by Learned, P. J.

The People of the State of New York, Respondent, v. Liscomb R. Page, Appellant. — Judgment and conviction reversed, prisoner discharged. Opinion by Landon, J.

Thomas S. Vaughn, Appellant, v. Mary M. Strong, Administratrix, etc., Respondent,

Nannie L. Vaughn, Appellant, v. Same, Respondent. — Judgment reversed, new trial granted, referee discharged, and costs to abide event in each case. Opinion by Ingalls, J.

The People of the State of New York, Respondent,

v. Clinton T. Backus and others, Appellants. — Judgment affirmed, with costs,

Francis A. Jewett, Respondent, v. Simeon Brownell, Appellant. — Judgment reversed and judgment ordered for defendant on demurrer, with costs below and in this court, with leave to plaintiff, on payment of such costs, to amend in twenty days after notice, etc. Opinion by Ingalls, J.; Landon, J., dissenting.

The Whitehall Lumber Company (Limited), Respondent, v. Walter J. Edmans, Appellant. — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by Learned, P. J.

George W. Ellis, Respondent, v. Theodore Houston and others, Receivers, Appellants. — Verdict set aside, new trial granted on the exceptions. Opinion by Learned, P. J.

Cynthia M. Jones, Respondent, v. The City of Troy, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Isabella K. Lombard, Respondent, v. The Central National Bank of Troy, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

John Ruyter, Respondent, v. Mary Birch Reid, Appellant. — Judgment affirmed, with costs against appellant personally. Opinion by Ingalls, J.; Learned, P. J., not acting.

Edward D. Ransom and others, Respondents, v. Willard E. Masten, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.; Learned, P. J., not acting.

## First Department, March Term, 1889.

Robert B. Roosevelt, Appellant, v. James A. Roosevelt and others, Executors, etc., Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Hiram B. Aylsworth, Respondent, v. James Gallagher, Appellant. — Judgment affirmed, without costs. Opinion by Van Brunt, P. J.

John O'Brien, an Infant, etc., Appellant, v. Louis Greenbaum, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. John G. Burke v. Stephen B. French and others, Police Commissioners, etc. — Judgment affirmed, without costs. Opinion by Van Brunt, P. J.

Walter L. McCorkle, as Receiver, etc., Appellant, v. Morris S Herrman, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James J. McComb, Respondent, v. The Cordova Apartment Association and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of Catharine Darragh, Deceased — Decree of surrogate reversed and the case remitted back to the surrogate for a new trial. Opinion by Van Brunt, P. J.

Gustav Kuhn, by his Guardian, Appellant, v. Annie J. Kuhn, Respondent. — Order affirmed, with costs. Opinion by Brady, J.

Horace B. Claflin and others, Respondents, v. James C. Du Bois, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Brady, J.

Thomas J. Pope and others, Respondents, v. The Terre Haute Car and Manufacturing Com-

pany, Appellant — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Pauline Heckemann, etc., Appellant, v. David B. Young, Respondent, Impleaded, etc. — Exceptions sustained and new trial ordered, costs to plaintiff to abide event. Opinion by Brady, J.

Ulrice Lesser, Appellant, v. Sarah A. Williams, Respondent — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Catherine E. Swart, Respondent, v. The Mayor, etc., of the City of New York, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

Edmund Terry, Appellant, v. D. A. W. Theodore Westing, Respondent. — Judgment affirmed, with costs. Opinion by Brady, J.

William H. M. Sistare and others, Respondents, v. Frederic P. Olcott, Receiver, etc., Appellant. Judgment reversed and new trial ordered, on payment by defendant of costs and disbursements of both appeals and of trial; and, also, ten dollars costs of opposing motion, with costs of this appeal to appellant. If such payment be not made order affirmed, with ten dollars costs and disbursements and motion denied. Opinion by Daniels, J.

Madeline T. Burchill v. James Culgin. — Motion for reargument denied. Opinion by Daniels, J.

Anne Harnickell, as Administratrix, etc., Respondent, v. The Parrot Silver and Copper Mining Company, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Conrad Bantle, Appellant, v. Barbara Krebs, Respondent — Motion for reargument denied. Opinion by Daniels, J.